# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| PIERRE MBALA KINUNGA, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:19-cv-1576-CLM-JEO |
| WILLIAM BARR, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on February 26, 2020, recommending the court grant the Government's motion to dismiss Kinunga's petition as moot due to Kinunga's removal to the Democratic Republic of the Congo on February 22, 2020. (Doc. 15). Kinunga has not filed any objections to the report, despite being advised of his right to do so.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Accordingly, Respondent's motion to dismiss is due to be granted. The court will dismiss this matter by separate order.

**DONE** this 23rd day of March, 2020.

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE